

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2015

No. 04-15-00618-CR

Benjamin **FOX,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A 14-678
Honorable N. Keith Williams, Judge Presiding

# O R D E R

      The reporter's record was due to be filed on November 17, 2015. On November 20, 2015, the court reporter filed a notification of late reporter's record, stating that appellant was not entitled to appeal without paying the fee for preparing the record and has failed to pay or make arrangements to pay the fee. The trial court then granted Fox's motion for free reporter's record on appeal. We therefore ORDER the court reporter to file the reporter's record on or before **January 4, 2015.**

_Karen Angelini_
Karen Angelini, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court